IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Efrain Olague Valdez,<br><br>    Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>    Respondents. | No. CV-23-02015-PHX-DJH<br><br>**ORDER** |

Before the Court is the September 24, 2024, Report and Recommendation ("R&R") of United States Magistrate Judge Camille D. Bibles (Doc. 15). Judge Bibles recommends that this Court deny Petitioner Efrain Olague Valez's ("Petitioner") Petition for Writ of Habeas Corpus (the "Petition") (Doc. 1), filed pursuant to 28 U.S.C. § 2254. Judge Bibles informed the parties that they had fourteen (14) days from which to file objections to the R&R. (Doc. 15 at 21). No objections have been filed and the time to do so has long passed. The Court has nonetheless reviewed the R&R and agrees with its conclusions and recommendations.

Accordingly,

**IT IS ORDERED** that the R&R (Doc. 15) is **adopted** as the Order of this Court. Petitioner's Petition (Doc. 1) is **denied**.

**IT IS FURTHER ORDERED denying** a certificate of appealability and leave to proceed in forma pauperis on appeal because dismissal of the Petition is justified by a plain procedural bar and because he has not made a substantial showing of the denial of a

1 constitutional right.

2 **IT IS FINALLY ORDERED** that that the Clerk of Court shall terminate this
3 action and enter judgment accordingly.

4 Dated this 28th day of January, 2025.

Honorable Diane J. Humetewa
United States District Judge